Before the Honorable Lonny R. Suko, Judge

| | |
|---|---|
| Jeremy R. Larson, WSBA No. 22125 | C. Richard McQueen, GaB No. 499000 |
| Samuel T. Bull, WSBA No. 34387 | Carl V. Kirsch, GaB No. 424000 |
| Foster Pepper & Shefelman PLLC | Greene, Buckley, Jones & McQueen |
| 1111 Third Ave., Suite 3400 | 2970 Clairmont Road, Suite. 1010 |
| Seattle, WA  98104-3299 | Atlanta, GA 30329 |
| Tel: 206-447-4400 | Tel: 404-420-5913 (Direct McQueen) |
| Attorneys for Plaintiff | Tel: 404-355-5115 (Direct Kirsch) |
| | Attorneys for Plaintiff |

* * * * *

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| The UNITED STATES of America for the Use and Benefit of Graybar Electric Company, Inc., a New York Corporation, and GRAYBAR ELECTRIC COMPANY, INC., Individually,<br><br>　　　　　　　　　　　Plaintiffs<br><br>vs.<br><br>OVERSTREET ELECTRIC CO., INC, a Florida Corporation and ATLANTIC MUTUAL INSURANCE COMPANY, a New York Corporation,<br><br>　　　　　　　　　　　Defendants | CIVIL ACTION<br>FILE NO. CV-05-0068-LRS<br><br>**ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO** DISMISS A**TLANTIC MUTUAL** INSURA**NCE COMPANY** |

THE WITHIN AND FOREGOING Plaintiff's Motion for Leave to dismiss co-defendant, Atlantic Mutual Insurance Company ("Atlantic"), with prejudice on grounds that Plaintiff and Atlantic have settled their mutual differences having been duly read and considered, and it appearing that no objection thereto has been filed

_____
Page 1
Plaintiff's  Order on Motion
for Leave to Dismiss Atlantic Mutual Ins. Co. with prejudice

1  and that counsel for Graybar and Atlantic have consented to the terms of this order
2  as evidenced by their signatures below, it is the ORDER AND JUDGMENT of this
3  court that Plaintiff's Motion for Leave to Dismiss its Complaint against Atlantic
4  Mutual Insurance Company with prejudice be and is GRANTED; that Plaintiff's
5  Complaint against Atlantic Mutual Insurance Company is hereby ORDERED dis-
6  missed with prejudiced in accordance with Fed.R.Civ.P. 41(2).  Each party shall be
7  responsible for the payment of their own attorney fees and expenses of the above
8  litigation.
9        So ordered this 29th day of August, 2006.

                                       s/Lonny R. Suko

                                       _____
                                       LONNY R. SUKO, Judge
                                       U. S. District Court

Prepared and submitted by:

s/ Carl V. Kirsch
Attorney, Pro Hac Vice, for Plaintiff
1010 Park Central
2970 Clairmont Road
Atlanta, Georgia 30329
Tel: (404) 355-5115 (Direct)
Fax: (404) 351-8812 (Direct)
Ga. Bar No. 424000
Email: carlkirsch@bellsouth.net

[Continued on Following Page]

_____
Page 2
Plaintiff's  Order on Motion
for Leave to Dismiss Atlantic Mutual Ins. Co. with prejudice

1

2  Agreed to by:

3  s/ Ty Thompson
   Ty G. Thompson
4  Mills Paskert Divers PA - FL
   100 N. Tampa Street, Ste. 2010
5  Tampa, FL 33602
   Email: tthompson@mpdlegal.com
6  [Signed by Carl V. Kirsch with the consent
   of Mr. Thompson]

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25  _____
    Page 3
26  Plaintiff's Order on Motion
    for Leave to Dismiss Atlantic Mutual Ins. Co. with prejudice

CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the date set out below, he electronically filed a copy of **PROPOSED ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO DISMISS COMPLAINT AGAINST ATLANTIC INSURANCE COMPANY, INC.** with Clerk of Court using the court's CM/ECF system which will serve the Defendants and their counsel identified below with notification of filing and that he has personally served a copy of the above-referenced document to be made on all Defendants and their counsel below by email in accordance with the consent each signed upon registration to use this court's CM/ECF system.

| For Overstreet Elec. Co, Inc., Pro Se | Attorneys for Atlantic Mutual Ins. Co. |
|---|---|
| Sherry Chancellor[1] | Henry K. Hamilton |
| Trustee for Overstreet | Grieff & Hamilton, PLLC |
| Morton Law Center | Attorneys at Law |
| 6050 North 9th Avenue | 520 Pike Street, Ste.1440 |
| Pensacola, Florida 32504 | Seattle, WA 98101 |
| Email: chancellor@mortonlawcenter.com | Email: hamilton@jmg-law.com |

Pro Hac Vice Attorneys for Atlantic Mutual Insurance Company:

| E.A. (Seth) Mills, Jr. | Ty G. Thompson |
|---|---|
| Mills Paskert Divers PA - FL | Mills Paskert Divers PA - FL |
| 100 N. Tampa Street, Ste. 2010 | 100 N Tampa Street, Ste. 2010 |
| Tampa, FL 33602 | Tampa, FL 33602 |
| Email: smills@mpdlegal.com | Email: tthompson@mpdlegal.com |

Date of this Certificate: August 1, 2006.

/s/ Carl V. Kirsch
CARL V. KIRSCH, of Counsel
Greene, Buckley, Jones & McQueen
Pro Hac Vice Attorneys for Plaintiff

Park Central, Suite 1010
2970 Clairmont Road
Atlanta, Georgia 30329
Tel: (404) 355-5115
Fax: (404) 351-8812
Email: carlkirsch@bellsouth.net
Ga. Bar. No. 424000

_____

[1]This party also served by mail.

_____
Page 4
Plaintiff's  Order on Motion
for Leave to Dismiss Atlantic Mutual Ins. Co. with prejudice